

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2020

No. 04-20-00310-CV

**SHOPOFF ADVISORS, L.P.**,
Appellant

v.

**ATRIUM CIRCLE**, GP, Atrium Winn, LLC, Atrium Kavoian, LLC, Copperfield Square, Copperfield Winn, LLC, Copperfield Kavoian, LLC, Imperial Airport, Imperial Winn, LLC, Imperial Kavoian, LLC, Crystal Springs Partners, LLC, Commerce Office Park – One LP, and Universal Square, LP,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00676
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellees' brief is currently due by October 7, 2020. On September 29, 2020, appellees filed a motion requesting a thirty day extension of time to file their brief. After consideration, we **GRANT** the motion and **ORDER** appellees' brief due **by November 6, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court